UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CHARLES SCOTT,<br><br>    Petitioner,<br><br>    v.<br><br>LANDON BIRD,<br><br>    Respondent. | Case No. 2:23-cv-00936-DAD-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE SEPTEMBER 20, 2023 FINDINGS AND RECOMMENDATIONS<br><br>ECF No. 7 |

Petitioner has filed a motion for an extension of time to file objections to the September 20, 2023 findings and objections. ECF No. 8. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 8, is granted.

2. Petitioner is granted thirty days to file objections to the September 20, 2023 findings and recommendations.

IT IS SO ORDERED.

Dated:  October 12, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE