UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CHARLES SCOTT,<br><br>        Petitioner,<br><br>   v.<br><br>LANDON BIRD,<br><br>        Respondent. | Case No. 2:23-cv-00936-DAD-JDP (HC)<br><br>**ORDER**<br><br>GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 16 |

    Petitioner has filed a motion for an extension of time to file an opposition to respondent's motion to dismiss. ECF No. 16. Good cause appearing, it is hereby ORDERED that:

    1. Petitioner's motion for an extension of time, ECF No. 16, is granted.

    2. Petitioner is granted until February 9, 2024, to file an opposition to respondent's motion to dismiss.

IT IS SO ORDERED.

Dated:   January 11, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE