UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CHARLES SCOTT,<br><br>    Petitioner,<br><br>    v.<br><br>LANDON BIRD,<br><br>    Respondent. | Case No.  2:23-cv-00936-DAD-JDP (HC)<br><br>**ORDER**<br><br>GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 23 |

    Petitioner has filed a motion for an extension of time to file objections to the court's June 5, 2024 findings and recommendations.  ECF No. 23.  Good cause appearing, it is hereby ORDERED that:

    1. Petitioner's motion for an extension of time, ECF No. 23, is granted.

    2. Petitioner is granted until July 25, 2024 to file objections to the court's June 5, 2024 findings and recommendations.

IT IS SO ORDERED.

Dated:   June 21, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE